STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

2:08CV239-WKW

AIS #: 253514        NAME: GAY, CHRISTOPHER DANIEL        AS OF: 03/24/2008

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAR   | 7         | $0.00             | $0.00            |
| APR   | 30        | $0.00             | $0.00            |
| MAY   | 31        | $0.00             | $0.00            |
| JUN   | 30        | $0.00             | $0.00            |
| JUL   | 31        | $0.00             | $0.00            |
| AUG   | 31        | $0.17             | $0.49            |
| SEP   | 30        | $0.49             | $0.00            |
| OCT   | 31        | $0.22             | $0.00            |
| NOV   | 30        | $0.03             | $0.00            |
| DEC   | 31        | $0.03             | $0.00            |
| JAN   | 31        | $0.03             | $0.00            |
| FEB   | 28        | $0.03             | $0.00            |
| MAR   | 24        | $0.03             | $0.00            |

RECEIVED 2008 APR -1 A 9:33 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA