**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Clerk : United States District Court
Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Herbert B. Coleman ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
4/24/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

08CV 239
Transfer Case    Entire case

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 2680 0003 1841 5509

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540